IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

    vs.

**JAMES A. COOPER,**

**Defendant.**　　　　　　　　　　　　　　No.  03-CR-40059-DRH

## ORDER

**HERNDON, District Judge:**

    Before the Court is the Government's motion to continue Defendant James Cooper's sentencing hearing.  (Doc. 152.)  The Court **GRANTS** the motion and **RESCHEDULES** the sentencing hearing from July 8, 2005, to August 5, 2005, at 9:30 a.m.  The Court **FINDS as moot** Defendant's motion to extend the time to file objections to the presentence report.  (Doc. 151.)

    **IT IS SO ORDERED.**

    Signed this 15th day of June, 2005.

                                                     /s/   David RHerndon
                                                   **United States District Judge**