IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**JAMES A. COOPER,**

**Defendant.**                                         No. 03-CR-40059-DRH

MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Before the Court is Defendant James A. Cooper's ("Defendant") *pro se* motion for Trial Transcripts, Parts Not Received, and All Other Court Proceedings. (Doc. 181.)  Defendant is currently represented by attorney T. Christopher Kelly. The Court will not accept *pro se* motions by a Defendant who is represented by counsel.  Therefore, Defendant's motion (Doc. 181) is **DENIED without prejudice**.

**IT IS SO ORDERED.**

Signed this 16th day of November, 2005.

                                                                /s/          David RHerndon
                                                                **United States District Judge**