IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES A. COOPER,

Defendant.                                                         No. 03-40059-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant's motion to correct the June 24, 2004 and January 23, 2004 court hearing transcripts. (Doc. 218.)  The presiding judge on those hearing dates was Judge J. Phil Gilbert.  Judge Gilbert has reviewed the transcripts and the statements in question.  Specifically, Judge Gilbert reviewed the statement "I didn't look at it" on page 7, line 14 of the June 24, 2004 transcript, as well as the statement "I like him" on page 5, lines 19 and 20 of the January 23, 2004 transcript.  Judge Gilbert believes that the transcripts accurately reflect the statements made by Defendant at the two hearings.  Therefore, the Court **DENIES** Defendant's motion to correct the June 24, 2004 and January 23, 2004 court hearing transcripts. (Doc. 218.)

**IT IS SO ORDERED.**

Signed this 17th day of January, 2007.

/s/       David   RHerndon

**United States District Judge**